RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
**Attorneys for Defendant,
UNITED FINANCIAL CASUALTY
COMPANY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JOHNSON, an Individual;<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a subsidiary of PROGRESSIVE COMMERCIAL HOLDINGS, INC., a PROGRESSIVE CASUALTY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | CASE NO:  2:24-cv-01418-APG-EJY<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL JOHNSON by and through his counsel of record, RYAN ALEXANDER, ESQ. and RICHARD A. ENGLEMANN, ESQ., of RYAN ALEXANDER, CHTD, and Defendant, UNITED FINANCIAL CASUALTY COMPANY, a Subsidiary of Progressive Commercial Holdings, Inc., a Progressive Casualty Insurance Company (hereinafter "PROGRESSIVE"), by and through its counsel MATTHEW J. WAGNER, ESQ., of the …

…

…

…

…

law firm of DENNETT WINSPEAR, LLP, that the within matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this ___ day of 12/8/2025.                    DATED this 2nd day of 12/8/2025.

RYAN ALEXANDER, CHTD                                 DENNETT WINSPEAR, LLP

By _____                         By __/s/Matthew J. Wagner_____
RYAN ALEXANDER, ESQ.                                 RYAN L. DENNETT, ESQ.
Nevada Bar No. 10845                                 Nevada Bar No. 005617
RICHARD A. ENGLEMANN, ESQ.                           MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 6965                                  Nevada Bar No. 11311
3017 West Charleston Blvd., Suite 10                 3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89102                              Las Vegas, Nevada  89129
Telephone: (702) 868-3311   Telephone:               Telephone :(702) 839-1100
Facsimile:  (702) 822-1133                           Facsimile:   (702) 839-1113
***Attorneys for Plaintiff,***                       ***Attorneys for Defendant,***
***MICHAEL JOHNSON***                                ***UNITED FINANCIAL CASUALTY COMPANY***

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED this <u>10th</u> day of <u>December</u>, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2